RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 23 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TEWANA R. MEEKINS-PEEK

Plaintiff,

FEDERAL CASE NO.
**1:17-CV-1052**

VS.

CITI FINANCIAL

Defendant,

## COMPLAINT
### DISPUTE OF DEBT AND NOTICE OF DEFAULT

COME NOW TEWANA R. MEEKINS-PEEK pro se Petitioner(s) as above stated and petitions this court for Petitioner in the above styled action with the following for COMPLAINT & Dispute Of Debt and Notice of Default which is filed in the U.S.District court for the Northern District of Georgia.

### JUDICIAL NOTICE

All officers of the court who may come in contact with the matter of Tewana R. Meekins-Peek has put in noticed under the authority of the supremacy and equal protection clause of the United States Constitution and the common law authorities of Haines vs. Kerner at 404 U.S.519-421, Plastsky v. C.I.A. 953 F.2d.25, and Anastasoff v. United States, 223 F. 3d. 898 (8th Cir.2000). In Haines: pro se litigants are held to a less stringent pleading standards than a bar licensed attorneys. In re Platsky: court errs if court dismisses the pro se litigant without instruction of how pleadings are deficient and how to repair pleadings

## JURISDICTION

This District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to the authorities cited above, including, but not limited to the following, to-wit: 28USC 1332, USC 1331 (a), 28 USC 1443, Federal rule 1002, and/or 60(b). The District Court of the United States is an Article III court has authority to hear questions arising under the Constitution, Laws, including but not limited to the Bill of Rights, the fourteenth Amendment, the International Covenant.

1. This Complaint seeks relief from the lender Citi Financial failure to produce the original of the promissory note, and/or proper account is newly discovered evidence justifying reconsideration.

2. Homestead rights and federal Rule Civil Procedure 60(b)

3. Georgia decisional law provides that one who is not a party to a contract whereby title to a property is retained in the seller as security for the balance of the purchase money, who is not named as payee in the notes for the payments, and who has no written assignment of the notes or the contract, cannot foreclose the contract in her own name as holder and owner thereof.

5. Further, there is a cloud on the title to the Property which Citi-Financial. The cloud arises out of the filing of an action styled "DEED UNDER POWER" filed by Plaintiff, The subject action seeks to for a dispute to strip away the second mortgage on the same Property which is the subject of the mortgage originally issued by non-party herein.

## FRAUD

" Fraud upon the court" makes void the orders and judgments of that court. It is also clear and well-settled law that any attempt to commit "Fraud upon the court" vitiates the entire proceeding. (see in re village of Willowbrook, 37 III. App.475 (1894), affirmed 162 III. 589 (1896);Skelly Oil Co. v. Universal Oil Products Co., 338 III. App.79, 86 N.E. 2d 875, 883-4 (1949). Under the Federal Law, when any officer of the court has committed "Fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.

Fraud on the Court by an Officer of the Court as Basis to Set the second mortgage on the property. Whenever a bank commits fraud during a proceeding in the court, That bank is engaged in "fraud upon the court". In Bulloch v. United States, 763 F. 2d 1115,1121 (10th Cir.1985), the court stated "(Fraud upon the court is fraud which is directed to the judicial

machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury…..It is where a member is corrupted or influenced or influences attempted)".

## HOMESTEAD RIGHT

Homestead rights and federal rule civil procedure 60(b). Debtor does not in anyway waive his homestead rights (State, ex reel., O'Brien v. Superior Court, 173 Wash. 679, 24 P 2d 117 (1933); State, ex reel., White v. Douglas, 6 Wn.2d 356, 107 P.2d 593 (1940). Thus, the illegal foreclosure be vacated under rules allowing vacating judgments, e.g. F.R.Civ. P 60(b).

## HOLDER IN DUE COURSE

Defendant have not come forth with the original proof (complete proper accounting and alleged original note, and title pages, leaving the petitioner no doubt of possibility that such document have been altered to continue the countless fraud that has taken place against home owners pertaining to allege contract/note.) Federal Law (FDCPA), Uniform Commercial Code (UCC) and Federal Rule of Evidence 1002 would solve the issue at hand, allowing Plaintiff the right to view the original documents front and back according to Fair Debt Collection Practices Act, an act violating Fair Debt Collections Practice: Act 15 USC 1692 and rule 60(b) , Plaintiff Tewana R. Meekins-Peek elegantly has said that defendant Citi Financial, is an act of bad faith and or FRAUD. ("The Court has broadly defined fraud as any conduct calculated to deceive, whether it be by direct falsehood or by innuendo, by speech or silence , by word of mouth, by look, or by gesture. Fraud includes the suppression of the truth, as well as the presentation of false information. ( In re Witt (1991) 145 Ill. 2d 380, 583 N.E.2d 526, 531, 164 Ill . Dec. 610). "See also In re Frederick Edward Strufe, Disciplinary case no. 93 SH 100 where the Court stated that " Fraud has been broadly defined as anything calculated to deceive." It is clear and well – established Georgia Law that any attempt by any officer of the court, whether attorney or judge , to deceive is considered fraud, and when the attempt to deceive occurs in a judicial proceeding, it is "Fraud upon the court".)

Claims For Relief

FIRST CLAIM FOR RELIEF

1. Plaintiffs reincorporate paragraphs 1 through 5 hereinabove as if set forth more fully herein below.

2. As set forth above. Defendant Citi-Financial, has never

Proven entitlement to the plaintiff property. This is a clear pattern of intentional Fraudulent conduct, the fraudulent manufacturing of defaults, and the intentional Demand for monies to which it was not legally entitled.

WHEREFORE, Plaintiff pray as follows:

As to their First Claim For Relief, the entry of an Order stating that the second loan will be dismissed because of not producing the proper documents stating that they are indeed the lien holder of the second loan.

JURY TRAIL DEMANDED PURSUANT RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

*Tewana R. Meekins-Peek*
Tewana R. Meekins-Peek
Pro Se

VERIFICATION
(AFFIDAVIT)

The undersigned Affiant Tewana Meekins does here swear declare and affirm that the Affiant executes this Affiant with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury that I do not have an attorney to represent me in this case. Also that the contents are true, correct, and no misleading to the best of her knowledge.

*Tewana Meekins* (signature)
Tewana R. Meekins-Peek
Petitioner
Pro Se